George A. Bosomburg, appellant, v. Birk Brothers Brewing Company, appellee. Gen. No. 40,249.

Opinion filed February 27, 1939.

G. A. Bosomburg, pro se. Henry L. Phoenix, for appellee; Richard C. Murphy, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

City National Bank and Trust Company and Central Republic Trust Company, appellants, v. Marjorie W. Emery, appellee. Gen. No. 39,692.

Opinion filed February 27, 1939.

Bell, Boyd & Marshall, for appellants; Thomas L. Marshall, David A. Watts and Victor M. Harding, Jr., of counsel. William H. Beebe and Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; William H. Beebe, Isaac E. Ferguson, Charles E. Zekas and Homer Kripke, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Harold R. Jones, appellant, v. Paul J. Leitzell, appellee. Gen. No. 40,337.

Opinion filed February 27, 1939. Rehearing denied March 24, 1939.

Michael B. Roderick, for appellant. Richard R. Klein, for appellee and Paul J. Leitzell, pro se; Richard R. Klein, of counsel.

Mr. Justice Friend delivered the opinion of the court.